IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**ROHILLCO BUSINESS SERVICES LLC
and GAP FUNDING COMPANY LLC**,

     Plaintiffs,

  v.

**JP MORGAN CHASE BANK, N.A.**,

     Defendant.

No. 3:15-cv-02270-SB

JUDGMENT

**MOSMAN, J.**,

Based upon my Opinion and Order, IT IS ORDERED AND ADJUDGED that Plaintiffs' claims are DISMISSED with prejudice. Pending motions, if any, are DENIED as MOOT.

IT IS SO ORDERED.

DATED this   30th   day of June, 2017.

                                              /s/ Michael W. Mosman  
                                              MICHAEL W. MOSMAN  
                                              Chief United States District Judge